HELTON LAW GROUP
A PROFESSIONAL CORPORATION
CARRIE S. McLAIN (SBN: 181674)
Email: cmclain@heltonlawgroup.com
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 1010
Long Beach, California 90802

ATTORNEYS FOR PLAINTIFF TWIN CITIES COMMUNITY HOSPITAL, INC.

FILED
CLERK U.S. DISTRICT COURT

JAN - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN CITIES COMMUNITY HOSPITAL, INC., a California Corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>ENNIS, INC. doing business as ENNIS INC. EMPLOYEE BENEFIT PLAN, a Texas Corporation; GROUP & PENSION ADMINISTRATORS, INC. doing business as G&P ADMINISTRATORS, INC. a Texas Corporation; ELAP, INC. a Pennsylvania Corporation; and, COVENTRY HEALTH CARE, INC. a Delaware Corporation, FIRST HEALTH GROUP CORP. a Delaware Corporation DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No: 2:11-cv-00113-SVW -VBK<br><br>ASSIGNED TO: HON. STEPHEN V. WILSON<br><br>UNLIMITED - DAMAGES IN EXCESS OF $25,000<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   The Court, having reviewed the Stipulation of Dismissal by and between TWIN CITIES COMMUNITY HOSPITAL, INC. and Defendants ENNIS, INC., GROUP & PENSION ADMINISTRATORS, INC., and ELAP, INC., hereby dismisses the above-captioned matter, including all complaints, with prejudice, pursuant to Federal Rule of

---
1
**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

Civil Procedure 41(a). The parties shall bear their own respective costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: January 6, 2012

BY: _____
HONORABLE STEPHEN V. WILSON

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL